584 A.2d 227
STATE OF NEW JERSEY v. ROBERT L. KLINE.

May 30, 1990.

Petition for certification denied.

584 A.2d 227
STATE OF NEW JERSEY v. JOSEPH JOHNSON.

May 30, 1990.

Petition for certification denied.

584 A.2d 227
STATE OF NEW JERSEY v. MICHAEL RITTER.

May 30, 1990.

Petition for certification denied.

584 A.2d 227
STATE OF NEW JERSEY v. WALTER BEIRMEISTER.

May 30, 1990.

Petition for certification denied.

584 A.2d 228
STATE OF NEW JERSEY v. LEROY MCLAUREN.

May 30, 1990.

Petition for certification denied.